# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001803386
Search Results: Displaying 1 of 1 entries



### *ScoreHD - Knock My Socks Off.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001803386 / 2012-08-30 |
| **Application Title:** | ScoreHD - Knock My Socks Off. |
| **Title:** | ScoreHD - Knock My Socks Off. |
| **Description:** | 3 Electronic files(eService) |
| **Copyright Claimant:** | Quad Int'l., Incorporated d.b.a The SCORE Group. Address: 1629 NW 84th Avenue, Doral, FL, 33126. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-07-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Quad Int'l., Incorporated d.b.a The SCORE Group., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | SCORE Group. |
| | Quad Int'l., Incorporated |
| | Quad Int'l., Incorporated d.b.a The SCORE Group. |





Help  Search  History  Titles  Start Over